UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR223 17 |
| | ) |
| v. | ) 18 U.S.C. § 2252A(a)(2) |
| | ) Distribution of Child Pornography |
| THOMAS WEBSTER | ) |
| a/k/a "TOM WEBSTER" | ) 18 U.S.C. § 2252A(a)(5)(B) |
| a/k/a "TOMMY" | ) Possession of Child Pornography |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Distribution of Child Pornography*
18 U.S.C. § 2252A(a)(2)

On or about February 6, 2021, in Glynn County, within the Southern District of Georgia, the Defendant,

THOMAS WEBSTER
a/k/a "TOM WEBSTER"
a/k/a "TOMMY,"

did knowingly distribute child pornography and any material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that was shipped and transported in and affected interstate and foreign commerce by any means, including by computer; and that was shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT TWO
*Distribution of Child Pornography*
18 U.S.C. § 2252A(a)(2)

On or about May 21, 2021, in Glynn County, within the Southern District of Georgia, the Defendant,

**THOMAS WEBSTER**
**a/k/a "TOM WEBSTER"**
**a/k/a "TOMMY,"**

did knowingly distribute child pornography and any material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that was shipped and transported in and affected interstate and foreign commerce by any means, including by computer; and that was shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT THREE
*Distribution of Child Pornography*
18 U.S.C. § 2252A(a)(2)

On or about May 26, 2021, in Glynn County, within the Southern District of Georgia, the Defendant,

## THOMAS WEBSTER
### a/k/a "TOM WEBSTER"
### a/k/a "TOMMY,"

did knowingly distribute child pornography and any material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that was shipped and transported in and affected interstate and foreign commerce by any means, including by computer; and that was shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## COUNT FOUR
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about August 9, 2021, in Glynn County, within the Southern District of Georgia, the Defendant,

**THOMAS WEBSTER**
**a/k/a "TOM WEBSTER"**
**a/k/a "TOMMY,"**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, one or more of such images depicting a prepubescent minor or any person under 12 years old engaged in sexually explicit conduct, and that visual depiction was mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon a conviction of any Count of this Indictment charging a violation of Title 18, United States Code, Section 2252A, the defendant, **THOMAS WEBSTER, a/k/a "TOM WEBSTER" a/k/a "TOMMY",** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, Section 2252A, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto, including but not limited to:

Seagate Backup Portable Drive, serial number NA7J81MR;

Silver iOmega External Hard Drive, serial number 99H9030E38;

Apple iPad, serial number GG7DQ7TPQ16M, and;

Apple iPhone, serial number GQTZ20NHKXKW.

If any of the property described above, as a result of any act or commission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

_____
L. Alexander Hamner
Assistant United States Attorney
*Lead Counsel