UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 2:23-cr-17 | **DATE:** October 19, 2023 |
| **UNITED STATES OF AMERICA** | **TIME:** 10:54-11:28 |
| v. | **LOCATION :** BWK-CR-2 |
| **THOMAS WEBSTER** | |

| | |
|---|---|
| **Judge:** Benjamin W. Cheesbro, US Magistrate Judge | **Courtroom Deputy:** Kim Mixon |
| **Court Reporter:** FTR BWK-CR2 | **Interpreter:** |
| **Probation Officer:** Fonda Dixon | **Security:** Marty F. |
| **Attorney(s) for Government:** Alex Hamner | |
| **Attorney(s) for Defendant:** Donnie Dixon-retained | |

**PROCEEDING: INITIAL APPEARANCE/ARRAIGNMENT**

- [ ] CJA 23: Provided.
- [ ] Defendant qualifies for court appointed counsel. Counselor appointed.
- [x] Defendant advised of rights and the Government's disclosure obligations.
- [x] Defendant advised of charges and penalties.
- [x] Defendant waives formal reading of indictment.
- [x] Not guilty plea entered.
- [ ] Defendant waived preliminary hearing.
- [x] Scheduling and Discovery Order was discussed and will be filed as a separate entry with specific dates.
- [ ] Government moves for detention.
  - [ ] Defendant requests 5 days to prepare for detention hearing.
  - [ ] Government requests 3 days to prepare for detention hearing.
  - [ ] Defendant waives detention hearing at this time.
  - [ ] Detention hearing scheduled for:
  - [ ] Detention hearing held,
- [x] Defendant released on bond subject to conditions. Defendant advised of conditions.
- [ ] Defendant released with supervision.
- [ ] Defendant detained pending a detention hearing.
- [ ] Defendant detained pending trial.
- [ ] Defendant remains in the custody of the United States Marshal Service.

**ADDITIONAL COMMENTS:**