UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **CASE NO. 2:23-CR-00017** |
| ) | |
| **THOMAS WEBSTER** ) | |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, HARRY D. DIXON, JR., attorney of record for Plaintiff, Thomas Webster, and respectfully requests a leave of absence for the Court pursuant to Local Rule 83.9. The periods of leave during which time Applicant will be away from practice of law for travel are:

1. Monday, October 23, 2023 through Wednesday, October 25, 2023;

2. Monday, October 30, 2023;

3. Friday, November 3, 2023;

4. Tuesday, November 7, 2023 through Wednesday, November 8, 2023;

5. Tuesday, November 14, 2023 through Wednesday, November 15, 2023; and

6. Monday, November 20, 2023.

Respectfully submitted this 20th day of October, 2023.

/s/Harry D. Dixon, Jr.
Donnie Dixon Attorney At Law, LLC
State Bar No. 223375
7 E. Congress Street, Suite 400
Savannah, Georgia 31401
Telephone: (912) 443-4070
Facsimile: (912) 644-6702
ddixon@donniedixonlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 2:23-CR-00017 |
| ) | |
| THOMAS WEBSTER ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

Respectfully submitted,

By:  /s/Harry D. Dixon, Jr.
HARRY D. DIXON, JR.
State Bar No. 223375
Donnie Dixon Attorney At Law, LLC
7 E. Congress Street, Suite 400
Savannah, Georgia 31401
Telephone: (912) 443-4070
Facsimile: (912) 644-6702
ddixon@donniedixonlaw.com