UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:23-CR-00017 |
| | ) | |
| THOMAS WEBSTER | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Harry D. Dixon, Jr. for Monday, October 23, 2023 through Wednesday, October 25, 2023; Monday, October 30, 2023; Friday, November 3, 2023; Tuesday, November 7, 2023 through Wednesday, November 8, 2023; Tuesday, November 14, 2023 through Wednesday, November 15, 2023; and Monday, November 20, 2023 in the above captioned case.  The above and foregoing request for Leave of Absence is _____.  Mr. Dixon is provided Leave of Court.  However, attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

So ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

ORDER PREPARED BY:

Harry D. Dixon, Jr.
State Bar No. 223375
Donnie Dixon Attorney At Law, LLC
7 E. Congress Street, Suite 400
Savannah, Georgia 31401
Telephone: (912) 443-4070
Facsimile: (912) 644-6702
ddixon@donniedixonlaw.com