# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 2:23-CR-17 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS WEBSTER | ) | |
|     a/k/a "TOM WEBSTER") | | |
|     a/k/a "TOMMY" | ) | |

## GOVERNMENT'S CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and states that copies of discovery materials, as listed on the attached Index of Discovery (*see* Exhibit A), were made available to defense counsel via USAfx on November 9, 2023.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ L. Alexander Hamner*

L. Alexander Hamner
Assistant United States Attorney
Indiana Bar. No. 31996-41

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
Email: alex.hamner@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 14th day of November 2023.

                                        JILL E. STEINBERG
                                      UNITED STATES ATTORNEY

                                      ***/s/ L. Alexander Hamner***

                                      L. Alexander Hamner
                                      Assistant United States Attorney
                                      Indiana Bar. No. 31996-41

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
Email: alex.hamner@usdoj.gov