USA v. Thomas Webster
2:23-CR-17

## Index of Discovery #1 Produced on November 9, 2023 Via USAfx

*FBI\Official Records Folder*

| Name |
|---|
| 305I-AT-3467950_0000001.pdf, Bates Stamped USAO-1 through USAO-3 |

*FBI Folder*

| Name |
|---|
| 305I-AT-3467950_0000001.pdf, Bates Stamped USAO-4 through USAO-6 |
| 305I-AT-3467950_0000001_1A0000001_0000001.pdf, Bates Stamped USAO-7 through USAO-11 |
| 305I-AT-3467950_0000001_1A0000001_0000002.pdf, Bates Stamped USAO-12 through USAO-16 |
| manifest.xlsx |

*Documents*

| Name |
|---|
| Entire Case File 1.pdf, Bates Stamped USAO-17 through USAO-493 |
| Entire Case File 2.pdf, Bates Stamped USAO-494 through USAO-755 |
| G21-39693 Ind Sheet.xlsx |